# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES A. BLAKE

NO. 2023 KW 0949

OCTOBER 13, 2023

---

In Re:    State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23-WFLN-41.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

JEW
GH

   **Wolfe, J.,** dissents and would grant the writ application. The defendant bears the burden of persuasion by a preponderance of the evidence in non-homicide cases involving self-defense. See **State v. Cheatham**, 38, 413 (La. App. 2nd Cir. 6/23/04), 877 So.2d 164, 172-73, writ denied, 2004-2224 (La. 6/24/05), 904 So.2d 717. In non-homicide cases where self-defense is raised, a dual inquiry is required; "an objective inquiry into whether the force used was reasonable under the circumstances; and subjective inquiry into whether the force used was apparently necessary." See **State v. Freeman**, 427 So.2d 1161, 1163 (La. 1983). If the burden of persuasion was placed on the State to disprove the subjective influences, the State would bear an onerous burden "since it would only be the defendant who has these facts at his disposal to produce to the court." See **Cheatham**, 877 So.2d at 173.

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT